IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-88-BLG-SPW-3 |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| GARY HOLLISTER AINSWORTH, | |
| Defendant. | |

On December 6, 2018, the Court held a detention hearing at which Defendant sought release to attend inpatient chemical dependency treatment at the Rimrock Foundation in Billings, Montana. Accordingly, IT IS ORDERED:

1. The detention hearing will be continued as to the determination of Defendant's release pending trial.

2. Defense counsel shall file a motion once a firm bed date has been established, and the Court will temporarily release Defendant to attend treatment at the Rimrock Foundation.

3. At that time, Defendant shall be released temporarily into the custody of his wife, Kylee Jarvie, so that Ms. Jarvie may transport Defendant to the Rimrock Foundation.

4. Defendant must remain at the Rimrock Foundation for the entire period of inpatient treatment. Upon successful completion of the program, or

sooner if he is removed from the program, Defendant shall immediately report to the U.S. Marshals in Billings, Montana and return to custody. At that time, the Court will set the matter for a further detention hearing.

DATED this 6th day of December, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge