IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
JAN 22 2019
Clerk, U S District Court
District Of Montana
Billings

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GARY HOLLISTER AINSWORTH,

Defendant.

CR 18-88-BLG-SPW-3

ORDER

Upon Defendant's Motion for Leave to File Under Seal (Doc. 60), and for good cause being shown,

**IT IS HEREBY ORDERED** that Defendant is granted leave to file Defendant's medical records *under seal*.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to lodge Defendant's medical records *under seal*.

DATED this 22nd day of January, 2019.

SUSAN P. WATTERS
United States District Judge

1